IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT WILLIAMS,<br><br>Defendant. | **Case No.:** CR 18–00428 RS<br><br>**[PROPOSED] ORDER RE: ORD. VACATING EVID. HEARING, SETTING MATTER FOR CHANGE OF PLEA**<br><br>**Court:** Courtroom 3, 17th Floor |

The above-entitled matter is currently scheduled for an evidentiary hearing on Tuesday, May 28, 2019 at 9:30 a.m., on the defendant's motion to suppress.

The defense hereby seeks permission to withdraw its motion to suppress, and asks that the scheduled evidentiary hearing be vacated. The defense requests that the matter remain on calendar on that date and time for change of plea. It is anticipated that Mr. Williams will be entering a guilty plea to the charges in the current indictment, without a plea agreement.

The government has no objection to this request.

//
//
//
//
//
//
//
//
//

Therefore, for good cause shown the evidentiary hearing now schedule for Tuesday, May 28, 2019 at 9:30 a.m. is vacated. The matter shall remain on calendar on that date and time for change of plea. On May 28, 2019, the Court will confirm with Mr. Williams his intent to withdraw his suppression motion. Until such time, the suppression motion remains pending and time will therefore be excluded under the Speedy Trial Act.

IT IS SO STIPULATED.

| | |
|---|---|
| May 12, 2019<br>Dated | DAVID ANDERSON<br>United States Attorney<br>Northern District of California |
| | /S<br>RODRIGUEZ, MICHAEL<br>Assistant United States Attorney |
| May 12, 2019<br>Dated | STEVEN G. KALAR<br>Federal Public Defender |
| | /S<br>Northern District of California |

IT IS SO ORDERED.

May 13, 2019
Dated

RICHARD SEEBORG
United States District Judge